UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DASHEAN KEITH WILLIAMS,

    Petitioner,

v.                                                                       Case No. 17-13995

CATHERINE BAUMAN,

    Respondent.
_____/

**JUDGMENT**

In accordance with the "Opinion and Order Denying the Amended Habeas Corpus Petition, Denying a Certificate of Appealability, and Granting Leave to Appeal *In Forma Pauperis*" entered on January 11, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Catherin Bauman, and against Petitioner Dashean Keith Williams. Dated at Port Huron, Michigan, January 11, 2021.

                                                 KINNIKIA ESSIX
                                                 CLERK OF THE COURT

                                                 By: <u>s/Lisa Wagner</u>
                                                     Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\17-13995.WILLIAMS.Judgment.RMK.docx